|  |  |  |
|---|---|---|
| JOSEPH COLBY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2019CV10638 |
| v. | ) | |
| | ) | |
| THOMAS J. CALTER, III, in his | ) | |
| individual capacity and in his capacity | ) | |
| as Town Administrator for the Town of | ) | |
| Kingston, and TINA BETTI, in her | ) | |
| individual capacity and in her official | ) | |
| capacity as Director of Human Resources | ) | |
| for the Town of Kingston, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action

against all Defendants. Defendants have not filed a response to the Complaint or a motion for

summary judgment. Therefore, voluntary dismissal is appropriate under Fed R. Civ.

41(a)(1)(A)(i).

Respectfully submitted,

JOSEPH COLBY,

By his attorneys,

/s/James Hykel
James Hykel, BBO #666861
Ian O. Russell, BBO #673387
Pyle Rome Ehrenberg PC
2 Liberty Square, 10th Floor
Boston, MA 02109
(617) 367-7200

Dated: April 9, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, I electronically filed the above document via the Court's CM/ECF system.  A copy of this document will be served via the Court's ECF system on all counsel of record.

/s/James Hykel
James Hykel